JACQUELINE A. FORSLUND
Forslund Law, LLC
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707
Telephone:	541-419-0074
Fax:		541-593-4452
Email:		jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINO DOMINIC REALI, ) | Case No.  2:17-CV-00422-EFB |
| ) | |
| Plaintiff ) | **STIPULATION AND PROPOSED** |
| ) | **ORDER FOR EXTENSION OF TIME** |
| v. ) | **TO FILE PLAINTIFF'S MOTION FOR** |
| ) | **SUMMARY JUDGEMENT** |
| NANCY A. BERRYHILL, ) | |
| Acting Comm'r of Social Security, ) | |
| ) | |
| Defendant ) | |
| ) | |
| _____ ) | |

   IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 30 Days to August 19, 2017, for Plaintiff to file his Opening Brief, in accordance with the Court's Scheduling Order.  This is Plaintiff's first request for an extension.  It is requested due to the fact that Plaintiff's counsel has a backlog in her briefing schedule and requires additional time to fully consider the evidence in this case.

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

Respectfully submitted,

Date: July 18, 2017                          JACQUELINE A. FORSLUND
                                             Attorney at Law


                                             */s/Jacqueline A. Forslund*
                                             JACQUELINE A. FORSLUND

                                             Attorney for Plaintiff


Date:  July 18, 2017                         PHILIP A. TALBERT
                                             United States Attorney
                                             DEBORAH STACHEL
                                             Regional Chief Counsel, Region IX
                                             Social Security Administration

                                             */s/C. Hay-Mie Cho*
                                             C. HAY-MIE CHO
                                             Special Assistant United States Attorney
                                             *By email authorization

                                             Attorney for Defendant


                                                  ORDER

APPROVED AND SO ORDERED.

DATED:  July 25, 2017.
                                             _____
                                             EDMUND F. BRENNAN
                                             UNITED STATES MAGISTRATE JUDGE

**Reali v. Berryhill**          **Stipulation and Proposed Order**          **E.D. Cal. 2:17-cv-00422-EFB**