JACQUELINE A. FORSLUND
Forslund Law, LLC
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707
Telephone:    541-419-0074
Fax:                541-593-4452
Email:            jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GINO DOMINIC REALI, | ) | Case No.  2:17-CV-00422-EFB |
| | ) | |
| Plaintiff | ) | **STIPULATION AND ~~PROPOSED~~** |
| | ) | **ORDER FOR EXTENSION OF TIME** |
| v. | ) | **TO FILE PLAINTIFF'S MOTION FOR** |
| | ) | **SUMMARY JUDGEMENT** |
| NANCY A. BERRYHILL, | ) | |
| Acting Comm'r of Social Security, | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 14 Days to September 4, 2017, for Plaintiff to file his Opening Brief, in accordance with the Court's Scheduling Order.  This is Plaintiff's second request for an extension.  It is requested due to the fact that Plaintiff's counsel has several Briefs and other matters due in the next week and will not be able to adequately address them all.  Plaintiff's counsel apologizes for the delay and for any inconvenience this may cause either the Court or the Defendant.

**Reali v. Berryhill**          **Stipulation and ~~Proposed~~ Order**          **E.D. Cal. 2:17-cv-00422-EFB**

1  The parties further stipulate that the Court's Scheduling Order be modified accordingly.

Respectfully submitted,

Date: August 16, 2017	JACQUELINE A. FORSLUND
	Attorney at Law


	*/s/Jacqueline A. Forslund*
	JACQUELINE A. FORSLUND

	Attorney for Plaintiff


Date:  August 16, 2017	PHILIP A. TALBERT
	United States Attorney
	DEBORAH STACHEL
	Regional Chief Counsel, Region IX
	Social Security Administration

	*/s/Geralyn Gulseth o/b/o Hay-Mie Cho*
	Geralyn Gulseth o/b/o Hay-Mie Cho
	Special Assistant United States Attorney
	*By email authorization

	Attorney for Defendant


ORDER

APPROVED AND SO ORDERED.

DATED:  August 21, 2017.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

**Reali v. Berryhill**       **Stipulation and ~~Proposed~~ Order**       **E.D. Cal. 2:17-cv-00422-EFB**