PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8944
    Facsimile: (415) 744-0134
    E-Mail: Marcelo.Illarmo@ssa.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINO DOMINIC REALI,<br><br>    Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:17-cv-00422-EFB<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR A FIRST EXTENSION OF TIME |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Summary Judgment be extended from October 6, 2017 to November 6, 2017. This is Defendant's first request for an extension of time to respond to Plaintiff's motion. Defendant respectfully requests this additional time because Defendant's counsel has a higher than normal workload.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

|   |   |   |
|---|---|---|
| | | Respectfully submitted, |
| Dated: October 2, 2017 | | */s/ Jacqueline Forslund\** <br> (*as authorized via e-mail on 10/2/17) <br> JACQUELINE FORSLUND <br> Attorney for Plaintiff |
| Dated: October 2, 2017 | | PHILLIP A. TALBERT <br> United States Attorney <br> DEBORAH LEE STACHEL <br> Acting Regional Chief Counsel, Region IX <br> Social Security Administration |
| | By: | */s/ Marcelo Illarmo* <br> MARCELO ILLARMO <br> Special Assistant United States Attorney |
| | | Attorneys for Defendant |

## ORDER

APPROVED AND SO ORDERED.

Dated: October 4, 2017.

_____
THE HONORABLE EDMUND F. BRENNAN
United States Magistrate Judge